# Exhibit C

# Exhibit C (1): Plaintiff's Petition

12/17/2021 12:39 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 60134060
By: Cecilia Thayer
Filed: 12/17/2021 12:39 PM

2021-82096 / Court: 129

| | | |
|---|---|---|
| **Jason Robertson** | § | IN THE DISTRICT COURT OF |
| | § | |
| -VS- | § | HARRIS COUNTY, TEXAS |
| | § | |
| **Steven Castillo and** | § | |
| **Just in Time Cargo, Inc.** | § | _____ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION WITH REQUEST FOR DISCLOSURES

**TO THE HONORABLE JUDGE OF SAID COURT:**

Jason Robertson files this Plaintiff's Original Petition with Request for Disclosures complaining of Defendants, Steven Castillo and Just in Time Cargo, Inc. and respectfully shows as follows:

### I.
### DISCOVERY PLAN LEVEL 2

Plaintiff requests that this lawsuit be governed by Discovery Plan Level 2 pursuant to Rule 190.2 of the Texas Rules of Civil Procedure.

### II.
### CLAIMS FOR RELIEF

Pursuant to Rule 47 C in the Texas Rules of Civil Procedure, this lawsuit is for monetary relief less than $250,000.

### III.
### PARTIES

Plaintiff is an individual and resident of Harris County, Texas.

Defendant Steven Castillo is an individual resident of San Diego County, California. He may be served with citation at his usual place of residence at 511 E. San Ysidro, #5521, San Ysidro, CA, 92173 or wherever he may be found.

Defendant Just in Time Cargo, Inc., is a corporation doing business in Harris County, Texas. This Defendant may be served with due process herein by serving its owner, Tache Gabriel Georgescu at 27884 Via Magdalena Laguna, Niguel, CA 92677 or wherever he may be located.

### IV.

## JURISDICTION OF VENUE

This court has jurisdiction over this case and the damages sought are within the jurisdictional limits of this court. Venue is proper in Harris County, Texas, because the accident made the basis of this lawsuit occurred in Harris County at the time the cause of action accrued. At the time of the accident Defendant Just in Time Cargo, Inc. was doing business in Harris County, Texas.

## V.
## FACTUAL BACKGROUND

This is a suit for negligence. On or about August 17, 2021, Plaintiff, Jason Robertson was driving a 2017 BMW 530I at a complete stop at a red light at Airtex and Woodsham in Harris County, Texas. Defendant Steven Castillo was driving a 2021 Freight Line (*owned by Just in Time Cargo, Inc.*) was also traveling at Airtex and Woodsham and made and unsafe right turn, causing the collision. As a result of the collision, Plaintiff sustained serious personal bodily injuries.

## VI.
## CAUSES OF ACTION

Defendant Steven Castillo had common-law and statutory duties to use ordinary care in the operation of Just in Time Cargo, Inc.'s vehicle. Mr. Castillo negligently breached those duties and that negligence proximately caused Plaintiff's injuries and damages. Specifically, Defendant Steven Castillo was negligent in the following particulars:

1. Failing to pay full time attention.

2. Disregarded the safety of others.

3. Made a right turn when it was unsafe.

4. Driver inattention.

3. Failing to timely apply the brakes to avoid collision with Plaintiff.

4. In any combination of two or more of the above.

Plaintiff would further show that at all times material hereto, Defendant, Steven Castillo was operating a vehicle owned by Defendant, Just in Time Cargo, Inc. while Defendant, Steven Castillo was within the course and scope of his employment and/or agency with Defendant, Just in Time Cargo, Inc. As a result of Defendant, Steven Castillo's negligence in proximately causing the collision made the basis of this lawsuit, Defendant, Just in Time Cargo, Inc. is vicariously liable for Plaintiff's damages.

## VII.
## DAMAGES

Because of his bodily injuries proximately caused by Defendants' negligence, Plaintiff is entitled to reasonable and proper compensation for the following legal damages:

   a.   past and future medical expenses;
   b.   past and future physical pain; and
   c.   past and future pain and suffering;

## VIII.
## REQUEST FOR DISCLOSURES

Pursuant to Texas Code of Civ. Pro. 194, Defendants are hereby requested to disclose the information and material described in Rule 194.2 **within fifty (50) days** of the service of this request.

## IX.
## PRAYER

Plaintiff prays that the Defendants, jointly and severally, be cited to appear and answer the allegations set forth in this petition, and that upon final hearing, Plaintiff be awarded a judgment against Defendants for the damages prayed for herein; costs of the court; pre-judgment and post-judgment interest on the total amount of judgment awarded at the highest legal rate provided for by law; and such other and further relief, general or special, at law or in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

DeSimone Law Office

By: */s/ Donald G. DeSimone*
Donald G. DeSimone
SBN: 05776710
4635 Southwest Freeway
Suite 850
Houston, Texas 77027
Email: ddesimone@desimonelawoffice.com
Phone#(713) 526-0900
Fax#   (713) 526-8041
**Attorney for Plaintiff**

# Exhibit C (2): Request for Issuance of Service to Defendant Just In Time Cargo, Inc.

Marilyn Burgess - District Clerk
Harris County
Envelope No: 60134066
By: THAYER, CECILIA
Filed: 12/17/2021 12:59:38 PM

2021-82096 / Court: 129

# Marilyn Burgess – Harris County District Clerk

Request for Issuance of Service

CASE NUMBER: _____  CURRENT COURT: _____

Name(s) of Documents to be served: **PLAINTIFF'S ORIGINAL PETITION WITH REQUEST FOR DISCLOSURES**

FILE DATE: 12/17/2021

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: Just in Time Cargo, Inc.
Address of Service: 27884 Via Magdalena Laguna
City, State & Zip: Niguel, CA 92677 or wherever he may be located
Agent (if applicable): Tache Gabriel Georgescu

TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the proper Box)

- [X] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias
- [ ] Newspaper _____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Other (Please Describe)

(See additional Forms for Post Judgment Service)

SERVICE BY (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] CONSTABLE
- [ ] MAIL to attorney at: _____
- [ ] CERTIFIED MAIL by District Clerk
- [X] E-Issuance by District Clerk (No Service Copy Fees Charged) — ddesimone@desimonelawoffice.com

(Note:) CAPIAS is not an E-Issuance Option

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____
- [ ] OTHER, explain

Issuance of Service Requested By: Attorney/Party Name: **Donald G. DeSimone** Bar # or ID: **05776710**

Mailing Address: 4635 Southwest Freeway, Suite 850, Houston, Texas 77027
Phone Number: (713) 526-0900 ext 2225

# Exhibit C (3): Request for Issuance of Service to Defendant Steven Castillo

Marilyn Burgess - District Clerk
Harris County
Envelope No: 60134066
By: THAYER, CECILIA
Filed: 12/17/2021 12:59:56 PM

2021-82096 / Court: 129

## Marilyn Burgess – Harris County District Clerk
### Request for Issuance of Service

**CASE NUMBER:** _____  **CURRENT COURT:** _____

Name(s) of Documents to be served: **PLAINTIFF'S ORIGINAL PETITION WITH REQUEST FOR DISCLOSURES**

**FILE DATE:** 12/17/2021

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

**Issue Service to:** Steven Castillo
**Address of Service:** 511 E. San Ysidro, #5521
**City, State & Zip:** San Ysidro, CA 92173
**Agent (if applicable):** _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [X] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias
- [ ] Newspaper _____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] CONSTABLE
- [ ] MAIL to attorney at: _____
- [ ] CERTIFIED MAIL by District Clerk
- [X] E-Issuance by District Clerk (No Service Copy Fees Charged) — ddesimone@desimonelawoffice.com
(Note:) CAPIAS is not an E-Issuance Option
- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____
- [ ] OTHER, *explain*

Issuance of Service Requested By: Attorney/Party Name: **Donald G. DeSimone** Bar # or ID: **05776710**

Mailing Address: 4635 Southwest Freeway, Suite 850, Houston, Texas 77027

Phone Number: (713) 526-0900 ext 2225

# Exhibit C (4): Citation Return re: Defendant Just in Time Cargo, Inc.

12/27/2021 2:53 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 60314513
By: Shanelle Taylor
Filed: 12/27/2021 2:53 PM

COPY OF PLEADING PROVIDED BY PLT

CAUSE NO. 202182096

RECEIPT No. 909446   TR# 73954539
EML

| Plaintiff: | In The 129th |
| --- | --- |
| ROBERTSON, JASON | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| CASTILLO, STEVEN | Houston, Texas |

CITATION (NON-RESIDENT CORPORATE)

THE STATE OF TEXAS
County of Harris

To:   JUST IN TIME CARGO INC (A CORPORATION) MAY BE SERVED BY SERVING ITS OWNER
TACHE GABRIEL GEORGESCU
27884 VIA MAGDALENA LAGUNA, NIGUEL CA 92677
OR WHEREVER HE MAY BE LOCATED

   Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION WITH REQUEST FOR DISCLOSURES

This instrument was filed on December 17, 2021 in the above cited cause number and court. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

TO OFFICER SERVING:

   This citation was issued on December 22, 2021, under my hand and seal of said court.



Issued at the request of:

DeSimone, Donald G.
4635 SOUTHWEST FREEWAY, SUITE 850
HOUSTON, TX 77027
713-526-0900
Bar Number: 05776710

Marilyn Burgess

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE, Houston, TX 77002
(PO  Box  4651,  Houston,  TX 77210)

Generated By: CECILIA THAYER

Tracking Number: 73954539
EML

CAUSE NUMBER: 202182096

| PLAINTIFF: ROBERTSON, JASON | In the 129th |
| vs. | Judicial District Court of |
| DEFENDANT: CASTILLO, STEVEN | Harris County, Texas |

OFFICER – AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____,
20_____. Executed at **Affidavit of Service Attached**
(Address) _____
_____ in
_____ County at _____ o'clock ___. M. On the _____ day of
_____, 20_____, by
Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy(ies) of the Petition. Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____day of
_____, 20.

Fees $_____

_____
By_____                                                    _____
   Affiant  **Affidavit of Service Attached**                                           Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____,
20__

_____
                                                                                    Notary Public

## CAUSE NO. 202182096

| ROBERTSON, JASON | § | IN THE 129TH |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| VS. | § | JUDICIAL DISTRICT COURT |
| | § | |
| CASTILLO, STEVEN | § | |
| Defendant. | § | OF HARRIS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Freddy Avila, Jr.** who, being by me duly sworn, deposed and said:

"The following came to hand on **Dec 17, 2021, 12:40 pm,**

**CITATION, PLAINTIFF'S ORIGINAL PETITION WITH REQUEST FOR DISCLOSURES,**

and was executed at **27884 Via Magdalena, Laguna Niguel, CA 92677** within the county of **Orange** at **07:25 PM** on **Wed, Dec 22 2021,** by delivering a true copy to the within named

**JUST IN TIME CARGO, INC. BY DELIVERING TO ITS OWNER, TACHE GABRIEL GEORGESCU**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of California. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____
Freddy Avila, Jr.

**BEFORE ME,** a Notary Public, on this day personally appeared **Freddy Avila, Jr.,** known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON  December 23, 2021

_____
Notary Public, State of California

MARK JAMES DIAZ
Notary Public - California
Orange County
Commission # 2236562
My Comm. Expires Apr 5, 2022

# Exhibit C (5): Civil Cover Sheet

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jason Roberston

**DEFENDANTS**
Just in Time Cargo, Inc. and Steven Castillo

**(b)** County of Residence of First Listed Plaintiff  **Harris County, Texas**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Donald G. DeSimone, 4635 Southeast Freeway, Suite 850, Houston, Texas 77027, 713-526-0900.

Attorneys *(If Known)*
Gregory Holloway, Taylor, Book, Allen & Morris, LLP., 1221 McKinney, 4300, Houston, Texas 77010, 713- 222-9542

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | [x] 350 Motor Vehicle | **PERSONAL PROPERTY** 370 Other Fraud | **LABOR** 710 Fair Labor Standards Act | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 720 Labor/Management Relations | **SOCIAL SECURITY** | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 740 Railway Labor Act | 861 HIA (1395ff) | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 862 Black Lung (923) | 490 Cable/Sat TV |
| 196 Franchise | | | | 863 DIWC/DIWW (405(g)) | 850 Securities/Commodities/ Exchange |
| | | | 790 Other Labor Litigation | 864 SSID Title XVI | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 791 Employee Retirement Income Security Act | 865 RSI (405(g)) | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | | | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | | |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** 540 Mandamus & Other | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education | 550 Civil Rights | 465 Other Immigration Actions | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332

Brief description of cause:
alleged personal injuries arising from an alleged auto accident.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** over $250,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
1/6/2022

SIGNATURE OF ATTORNEY OF RECORD
/s/Gregory Holloway

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____